THE PEOPLE OF THE STATE OF NEW YORK ex rel. WINIFRED SULLIVAN, Appellant, v. JAMES J. CONWAY, a City Magistrate of the City of New York, Respondent.— Order affirmed, without costs. The information laid under section 1458 of the Consolidation Act* was entirely insufficient. Disorderly conduct under such section is defined by subdivisions 1, 2 and 3 thereof, and this information charges no act which falls within such definition. But the magistrate had jurisdiction over the offense of disorderly conduct, and, therefore, cannot be prohibited from proceeding in his duty, which is to dismiss the information. Blackmar, P. J., Mills, Putnam, Kelly and Manning, JJ., concur.

RICHMOND LEVERING & COMPANY, INC., Respondent, v. CHARLES T. BROWN, Appellant, Impleaded with HENRY R. WILSON, Defendant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Mills, Putnam, Kelly and Manning, JJ., concur.

NOZERA NAMAN AKEL SAAD, Respondent, v. HANNA H. SAAD, Known as JOHN HABIT, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ., concur.

THOMAS W. SERVISS, Appellant, v. THE NATIONAL OIL COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ., concur.

ABRAHAM STRONGWATER, Respondent, v. SAM VOGEL and SOL VOGEL, Copartners, etc., Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Mills, Putnam, Kelly and Manning, JJ.

NATHANIEL TONKIN, Appellant, v. JOHN SKLAR, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ.

TREBLIG REALTY & CONSTRUCTION CO., INC., Respondent, v. SIDNEY W. TUTTLE, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Mills, Putnam, Kelly and Manning, JJ., concur.

STEPHANIE J. TYMOFF, Respondent, v. MICHAEL J. TYMOFF, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ. concur.

* Laws of 1882, chap. 410, § 1458.—[REP.